# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT SALISBURY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | 8:20CV231<br><br>**ORDER** |

  IT IS ORDERED that the motion to withdraw filed by Anne Marie O'Brien and David J. Schmitt, as counsel of record for Defendant, (Filing No. 19), is granted. Anne Marie O'Brien and David J. Schmitt shall no longer receive electronic notice in this case.

  Dated this 11th day of February, 2021.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge