IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT SALISBURY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　　Defendant. | 8:20CV231<br><br>**ORDER** |

After conferring with counsel, and to facilitate the parties' current efforts to settle this case without incurring further expenses,

IT IS ORDERED:

1) The unexpired case progression deadlines are stayed pending further order of the court.

2) A telephonic hearing will be held on April 14, 2021 at 10:30 a.m. to discuss modifying the case progression deadlines. The parties shall use the conferencing information assigned to this case to participate in the hearing. This hearing will be cancelled upon advance notice that the case is settled.

March 23, 2021.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge